# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | No. 437 |
| | : | |
| APPOINTMENT TO THE MINOR COURT | : | MAGISTERIAL RULES DOCKET |
| RULES COMMITTEE | : | |

## **AMENDED ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2019, Magisterial District Judge Alexandra Kokura Kravitz, Luzerne County, is hereby appointed as a member of the Minor Court Rules Committee for a term of seven years, commencing October 1, 2019.